Sergio A. Castaneda (SBN 208642)
Veronica T. Barton (SBN 289010)
STONEBRIDGE LAW CORP., P.C.
5743 Corsa Avenue, Suite 218
Westlake Village, CA 91362
Tel: (805) 277-8170
Fax: (805) 200-4159
sergio@stonebridgelawcorp.com
vbarton@stonebridgelawcorp.com

Attorneys for Defendant,
Pascual Arellano

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | Case No. 2:13-cv-03128-WDK-PLA |
| Plaintiff, | **DECLARATION OF PASCUAL ARELLANO IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| PASCUAL ARELLANO, INDIVIDUALLY and d/b/a DISCOTECA LOS AMIGOS, | Date: June 30, 2014<br>Time: 8:30 a.m.<br>Place: Courtroom 1600<br>Judge: Honorable William D. Keller |
| Defendant. | |

I, Pascual Arellano, hereby declares as follows:

1. I am over the age of 18, and I am a Defendant in the above-entitled action. This Declaration is made in support of the Opposition to Plaintiff's Motion for Summary Judgment. I make this declaration based upon my personal knowledge

-1-
**DECLARATION OF PASCUAL ARELLANO**

unless otherwise indicated and, if called upon to testify, I could and would competently testify thereto.

2. I do business as Dos Amigos Records, located at 2618 N. Broadway Street, Los Angeles, CA 90031. Dos Amigos Records is a small store where I buy and sell used and new CDs of Mexican music.

3. I have no legal training, Spanish is my first language, I speak very little English, and I cannot read English.

4. I do not own, rent, or lease a satellite/cable box for my store, nor do I subscribe to any television programs.

5. On or about May 5, 2012, my neighbor, Jose Luis Sanchez, who owns the store right next to mine, asked if I wanted to watch the Floyd Mayweather, Jr. v. Miguel Cotto fight. He informed me that he was purchasing the program, and if I wanted to watch it with him, I could pay him for half of the fee, which I in fact did.

6. I proceeded to watch the program that evening of May 5, 2012 with some of my friends, my neighbor, and my neighbor's friend, in my store. We watched it on a small, approximately 10-inch television set, which I placed on a counter in my store. There is normally no seating in the store except for behind the counter. We dragged chairs into the main part of the store, blocking the area where customers would normally stand to shop, while we watched the program.

7. When I watched the program on May 5, 2012, I believed that I had the lawful right to do so, and I did not believe I was breaking any laws. I had never

1 heard of Title 47 U.S.C. Section 605 and 553, and I did not willfully violate those laws, nor any other laws, when I watched the program that evening.

8. I did not advertise the program, nor have I ever charged a cover fee to enter my store. I did not sell any CD's during the program.

9. This declaration was read and translated to me in Spanish by Ms. Jacqueline Obispo.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2014.

BY: _____
Pascual Arellano

- 3 -
**DECLARATION OF PASCUAL ARELLANO**

# Exhibit 1



**Exterior of Discoteca Dos Amigos**



**Interior of Discoteca Dos Amigos**

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 5743 Corsa Ave., Suite 218, Westlake Village, CA 91362.

On June 10, 2014, I served the foregoing document described as **DECLARATION OF PASCUAL ARELLANO IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** on the parties to this action as follows:

Thomas P. Riley, Esq.
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030-3227

[ ] **(BY MAIL)**
I placed said document in an envelope addressed as shown on the service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on the date stated below to the addressed stated on the attached service list, following the firm's ordinary business practices.

[ ] **(BY OVERNIGHT FEDERAL EXPRESS)**
I am readily familiar with the business practices at my place of business for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

[X] **(FEDERAL COURT)**
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 10, 2014, at Westlake Village, California.

/s/Veronica Barton
**VERONICA BARTON**

DECLARATION OF FELIX LANGARCIA IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 5743 Corsa Ave., Suite 218, Westlake Village, CA 91362.

On June 10, 2014, I served the foregoing document described as **DECLARATION OF PASCUAL ARELLANO IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** on the parties to this action as follows:

Thomas P. Riley, Esq.
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030-3227

[ ]   **(BY MAIL)**
I placed said document in an envelope addressed as shown on the service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on the date stated below to the addressed stated on the attached service list, following the firm's ordinary business practices.

[ ]   **(BY OVERNIGHT FEDERAL EXPRESS)**
I am readily familiar with the business practices at my place of business for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

[X]   **(FEDERAL COURT)**
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 10, 2014, at Westlake Village, California.

/s/Veronica Barton
**VERONICA BARTON**