JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 13-03128 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **PASCUAL ARELLANO,** | |
| Defendant. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Pascual Arellano, individually and doing business as Discoteca Dos Amigos, based upon the Court's prior grant of summary judgment in favor of plaintiff. Under the circumstances of the case, the Court believes that the award of the commercial sublicense fee of $2,200.00 is appropriate. Further, the Motion to Strike Plaintiff's Untimely Supplemental Brief is hereby moot. [Doc. No. 24.]

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Pascual Arellano, individually and doing business as Discoteca Dos Amigos, shall pay the plaintiff, J & J Sports Productions, Inc., $2,200.00 in total damages. Plaintiff may submit its motion for costs and attorneys' fees within

1  fourteen (14) days.
2       IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
3  mail or by telefax or by email, copies of this Judgment on counsel for the
4  defendant or the pro se defendant in this matter.

Dated: June 30, 2015

_____
William Keller
United States District Judge

- 2 -